UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 11-39-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| MARILYN SUE WHITEHEAD, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition [R. 132] filed by United States Magistrate Judge Hanly A. Ingram. On December 7, 2012, Whitehead filed a motion asking the Court to consider the issue of her physical competency. [R. 71.] Magistrate Judge Ingram appointed Dr. Lewis Rosenbaum to evaluate Ms. Whitehead's physical ability to withstand trial and file a report to both parties. [R. 132 at 2.] After additional briefing on the matter, Judge Ingram conducted a final hearing on the motion on August 22, 2013. [*Id.* at 3.] On August 27, 2013, Judge Ingram issued the Recommended Disposition, wherein he recommended a finding that the Defendant, Marilyn Sue Whitehead, who is not detained, is competent to face further proceedings, including trial. [*Id.* at 1, 7.] As noted in the Recommended Disposition and pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, the parties were notified to file any objections to the Magistrate Judge's recommendation within fourteen (14) days of service. [*Id.* at 8.] As of this date, neither party has filed objections nor sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the Report

and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record and agrees with Magistrate Judge Ingram's Recommended Disposition. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Recommended Disposition [R. 132] as to Marilyn Sue Whitehead is **ADOPTED** as and for the Opinion of the Court.

2. The Defendant, Marilyn Sue Whitehead, is found to be competent to face further proceedings, including trial, in this matter.

This 2nd of October, 2013.

**Signed By:**
*Gregory F. Van Tatenhove*
**United States District Judge**

2